1  KENT M. WALKER (SBN 173700)
   kent@kentmwalker.com
2  MICHAEL T. LANE (SBN 248624)
   mlane@lewiskohn.com
3  LEWIS KOHN & FITZWILLIAM, L.L.P.
   10935 Vista Sorrento Parkway, Suite 370
4  San Diego, California 92130
   Tel (858) 436-1330
5  Fax (858) 436-1349

6  Attorneys for Plaintiff
   ANALYZE SOFTWARE, INC.
7

8              UNITED STATES DISTRICT COURT
9            CENTRAL DISTRICT OF CALIFORNIA
10                 SOUTHERN DIVISION
11

12  ANALYZE SOFTWARE, INC., a           Case No.: SACV 13 - 00944 AG (JPRx)
13  California corporation,

14          Plaintiff,                   COMPLAINT FOR
                                         INJUNCTIVE RELIEF AND
                                         DAMAGES FOR COPYRIGHT
15      v.                               INFRINGEMENT

16  MP BIOMEDICALS, LLC, a California
    limited liability company,
17
            Defendant.                   DEMAND FOR JURY TRIAL
18

19

20

21

22

23

24

25

26

27

28

COMPLAINT

Plaintiff Analyze Software, Inc. ("Plaintiff" or "AnalyzeSoft"), for its Complaint against Defendant MP Biomedicals, LLC ("Defendant" or "MP Biomedicals") hereby alleges as follows:

## INTRODUCTION

This is an action for willful copyright infringement. Plaintiff AnalyzeSoft brings this action to stop MP Biomedicals' reproduction, adaptation, and public display of AnalyzeSoft's proprietary and copyrighted software and to seek redress for the damages caused by MP Biomedicals' unlawful conduct and willful infringement.

## THE PARTIES

1.      Plaintiff AnalyzeSoft is a California Corporation with its principal place of business at 16516 Bernardo Center Drive, Suite 320, San Diego, CA 92128.

2.      AnalyzeSoft believes, and therefore alleges, that Defendant MP Biomedicals is a California limited liability company with its principal place of business at 3 Hutton Centre Drive, Santa Ana, CA 92707.

## JURISDICTION AND VENUE

3.      This civil action arises under the federal Copyright Act, 17 U.S.C. §§ 101, *et seq*. Accordingly, this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338.

4.      Personal jurisdiction is proper over Defendant MP Biomedicals, pursuant to Cal. Code of Civ. Proc. § 410.10, because MP Biomedicals' principal place of business is within the state of California.

5.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 in that a substantial part of the events giving rise to the claims herein have occurred in this judicial district, and Defendant does business in and maintains its principal place of business in this judicial district.

////

COMPLAINT                                               1

1          **GENERAL ALLEGATIONS**

2          6.      On or about June 1, 2011, AnalyzeSoft began developing a system of

3    software programs (the "software programs") that would serve to replace the aging

4    software systems in use by the Defendant MP Biomedicals; this included a

5    customer facing E-commerce website, a Content Management system, Enterprise

6    Search, a Customer Relationship Management system, and an Order Management

7    system.

8          7.      MP Biomedicals had requested AnalyzeSoft to build this software and

9    was aware that AnalyzeSoft was developing these software programs during the

10   time between June 1, 2011 and May 24, 2012.

11         8.      Over this same period, between June 1, 2011 and May 24, 2012,

12   AnalyzeSoft provided, for Defendant MP Biomedicals' review, incremental

13   components of the software, by uploading the software to remotely hosted servers

14   that both AnalyzeSoft and MP Biomedicals had permission to access. Rackspace,

15   US, Inc. hosted the servers.

16         9.      Over this same period, between June 1, 2011 and May 24, 2012,

17   Defendant MP Biomedicals made occasional payments to AnalyzeSoft, in exchange

18   for the software development services that AnalyzeSoft was providing.

19         10.     On or about May 24, 2012, MP Biomedicals unilaterally terminated its

20   relationship with AnalyzeSoft and restricted AnalyzeSoft's access to the servers

21   that hosted the software.

22         11.     On or about June 14, 2012, approximately 3 weeks after MP

23   Biomedicals restricted AnalyzeSoft's access to the servers that stored the software,

24   MP Biomedicals released a beta version of its new e-commerce site, which

25   exploited the proprietary and copyrighted software programs that AnalyzeSoft had

26   authored.  In doing so, MP Biomedicals (a) has caused reproductions in copies of

27   AnalyzeSoft's copyrighted works, (b) has prepared derivative works based upon

28   AnalyzeSoft's copyrighted works, and (c) has caused the public display of

COMPLAINT                                2

1    AnalyzeSoft's copyrighted works, all in violation of AnalyzeSoft's exclusive rights

2    under 17 U.S.C. § 106.  AnalyzeSoft believes and therefore alleges that MP

3    Biomedicals has engaged in direct infringement of AnalyzeSoft's copyrighted

4    works, has engaged in contributory infringement of those works, and bears

5    vicarious liability for the infringements of AnalyzeSoft's works by others with

6    whom MP Biomedicals has significant relationships.

7         12.    At the time Defendant MP Biomedicals terminated the relationship,

8    MP Biomedicals owed unpaid fees to AnalyzeSoft for services that AnalyzeSoft

9    had already performed and delivered.  MP Biomedicals has since then failed to pay

10   any amount of the money it owed AnalyzeSoft, despite AnalyzeSoft's repeated

11   requests.

12        13.    After the June 14, 2012 beta release of its new e-commerce site that

13   exploited AnalyzeSoft's proprietary software, MP Biomedicals has released various

14   updated and expanded versions of its e-commerce platform and website, all of

15   which have also exploited the proprietary and copyrighted software programs that

16   AnalyzeSoft authored and to which AnalyzeSoft owns the copyrights.

17        14.    Ultimately, the software system that AnalyzeSoft authored and

18   furnished to Defendant MP Biomedicals consisted of four core software programs;

19   AnalyzeSoft Search, AnalyzeSoft CMS, AnalyzeSoft E-Commerce, and

20   AnalyzeSoft CRM.  AnalyzeSoft has obtained copyright registrations for three of

21   these programs: AnalyzeSoft Search, AnalyzeSoft CMS, AnalyzeSoft E-

22   Commerce. Copies of these registrations are Exhibits A, B, and C to this

23   Complaint.  AnalyzeSoft has submitted an application to register the fourth

24   program, AnalyzeSoft CRM.  A copy of this application is Exhibit D.

25        15.    At no point has AnalyzeSoft ever assigned ownership – or agreed to

26   assign ownership – of any of its software programs to Defendant MP Biomedicals.

27        16.    At no point has AnalyzeSoft ever licensed any rights in any of its

28   software programs to Defendant MP Biomedicals. AnalyzeSoft was on several

1  occasions willing to negotiate an appropriate license, but in light of Defendant's

2  failure to negotiate a license and its nonpayment for AnalyzeSoft's software

3  development services, AnalyzeSoft now has no interest in granting a license.

4      17.    AnalyzeSoft is the sole owner of the copyrights in the AnalyzeSoft

5  Search, AnalyzeSoft CMS, AnalyzeSoft E-Commerce, and AnalyzeSoft CRM

6  software programs. AnalyzeSoft has never licensed the right to use any these

7  software programs to any party.

8      18.    After Defendant MP Biomedicals' unilateral termination of its

9  relationship with AnalyzeSoft, counsel for AnalyzeSoft sent numerous requests to

10 various executives at MP Biomedicals seeking to obtain the fees that MP

11 Biomedicals owed to AnalyzeSoft and seeking to end to MP Biomedicals' ongoing

12 and willful infringement of the copyrights that AnalyzeSoft held in its software

13 programs.

14     19.    On August 7, 2012, counsel for AnalyzeSoft sent a letter to Todd

15 Nelson, then CEO of MP Biomedicals. A copy of that letter is Exhibit E.  This

16 letter received no response.

17     20.    On January 7, 2013, counsel for AnalyzeSoft sent a letter to Milan

18 Panic, CEO of MP Biomedicals. A copy of that letter is Exhibit F.

19     21.    On January 11, 2013, Yassin Al-Sayyad, an executive at MP

20 Biomedicals responded to the January 7, 2013 letter.  Mr. Al-Sayyad denied that

21 MP Biomedicals was using any of AnalyzeSoft's software and declined to pay the

22 sum his company owed to AnalyzeSoft.  A copy of that letter is Exhibit G.  This

23 was the only response from MP Biomedicals that any letter from AnalyzeSoft

24 counsel has prompted to date.

25     22.    On February 5, 2013, counsel for AnalyzeSoft sent a further letter to

26 Yassin Al-Sayyad at MP Biomedicals. A copy of that letter is Exhibit H.  The letter

27 received no response.

28     23.    On February 13, 2013, Yassin Al-Sayyad, an executive at MP

COMPLAINT                                         4

Biomedicals responded to the February 5, 2013 letter.  Mr. Al-Sayyad continued to deny that MP Biomedicals was using any of AnalyzeSoft's software and indicated MP Biomedicals had completely jettisoned AnalyzeSoft's copyrighted works.  This was the final correspondence from MP Biomedicals.  A copy of that letter is Exhibit I.

24.     On February 21, 2013, counsel for AnalyzeSoft sent a further letter to Yassin Al-Sayyad at MP Biomedicals. A copy of that letter is as Exhibit J.  The letter received no response.

25.     On April 17, 2013, counsel for AnalyzeSoft sent a further letter to Yassin Al-Sayyad at MP Biomedicals. A copy of that letter is Exhibit K.  The letter received no response.

## FIRST CAUSE OF ACTION

### (Copyright Infringement)

26.     AnalyzeSoft incorporates by reference all previous paragraphs of the Complaint.

27.     AnalyzeSoft owns valid and enforceable copyrights in the software programs known as AnalyzeSoft Search, AnalyzeSoft CMS, AnalyzeSoft E-Commerce, and AnalyzeSoft CRM, all of which constitute creative works of original authorship.  The United States Copyright Office has issued copyright registrations for three of these works: AnalyzeSoft Search, AnalyzeSoft CMS, and AnalyzeSoft E-Commerce. The United States Copyright Office has received AnalyzeSoft's application to register the remaining program: AnalyzeSoft CRM.

28.     Through the conduct and acts that this Complaint describes, MP Biomedicals has violated AnalyzeSoft's exclusive rights as owner of the copyrights in its software programs.  MP Biomedicals has never had any authorization, whether by license, assignment, transfer or otherwise, to reproduce in copies, prepare derivative works based upon, or publicly display any of the four copyrighted software programs as it has done.

29.     AnalyzeSoft believes, and therefore alleges, that as a result of its wrongful conduct in exploiting AnalyzeSoft's copyrighted programs, MP Biomedicals has realized and continues to realize significant unjust profits and other benefits that rightfully belong to AnalyzeSoft.   Accordingly, AnalyzeSoft seeks an award of damages pursuant to 17 U.S.C. §§ 504 and 505.

30.     MP Biomedicals' infringing conduct has also caused, and continues to cause, substantial and irreparable injury and other damage to AnalyzeSoft in an amount not fully capable of determination.  Unless restrained, MP Biomedicals' continuing conduct will cause further irreparable injury, leaving AnalyzeSoft with no adequate remedy at law.

31.     AnalyzeSoft believes, and therefore alleges, that MP Biomedicals has willfully engaged in, and is willfully engaging in, its infringements with oppression, fraud, and malice, and in conscious disregard of the rights of AnalyzeSoft.  Plaintiff is thus entitled to the maximum damages allowable.

### **PRAYER FOR RELIEF**

WHEREFORE, AnalyzeSoft asks for the following relief:

A.     Entry of judgment in favor of AnalyzeSoft against MP Biomedicals on all causes of action;

B.     An order preliminarily and permanently enjoining MP Biomedicals, its officers, directors, agents, servants, employees, representatives, attorneys, successors, and assigns, and all others in active concert or participation with any of them, from violating AnalyzeSoft's copyrights in any AnalyzeSoft copyrighted work.

C.     An order directing MP Biomedicals' return of AnalyzeSoft property, including without limitation any AnalyzeSoft copyrighted software programs, graphics, files, guides, and documentation, as well as identification of all third parties to which MP Biomedicals provided unauthorized copies of such AnalyzeSoft copyrighted works;

D.    An order directing MP Biomedicals to destroy all infringing materials in its possession, custody, or control, including all computer files and electronic media containing infringements of AnalyzeSoft's works;

E.    An order that MP Biomedicals file with the Court and serve on AnalyzeSoft within thirty (30) days after service on MP Biomedicals of such injunction a report in writing, under oath, setting forth in detail the manner and form in which MP Biomedicals has complied with the injunction and orders that AnalyzeSoft has requested;

F.    An order requiring MP Biomedicals to account to AnalyzeSoft for all gains, profits, and advantages derived by MP Biomedicals by its willful infringement of AnalyzeSoft's copyrights or such damages as are proper;

G.    An order awarding AnalyzeSoft actual and/or statutory damages attributable to MP Biomedicals' infringements, in an amount to be determined at trial and subject to a possible election of remedies by AnalyzeSoft;

H.    An order awarding AnalyzeSoft its attorneys' fees and costs as permitted by law, including without limitation under 17 U.S.C. § 505; and

I.    An order awarding any such other and further relief as the Court deems just and proper.

Dated: June 20, 2013

LEWIS KOHN & FITZWILLIAM, LLP
KENT M. WALKER (SBN 173700)

Kent M. Walker

Attorneys for Plaintiff
ANALYZE SOFTWARE, INC.

## JURY DEMAND

AnalyzeSoft hereby demands a jury trial.

Dated: June 20, 2013

LEWIS KOHN & FITZWILLIAM, LLP
KENT M. WALKER (SBN 173700)

Kent M. Walker

Attorneys for Plaintiff
ANALYZE SOFTWARE, INC.

EXHIBIT A

```
Type of Work:        Computer File

Registration Number / Date:
                     TXu001842965 / 2012-12-19

Application Title: AnalyzeSoft Search.

Title:               AnalyzeSoft Search.

Description:         Electronic file (eService)

Copyright Claimant:
                     Analyze Software, Inc., Transfer: By written agreement.

Date of Creation:  2012

Authorship on Application:
                     Analyze Software, Inc., employer for hire; Domicile: United
                         States. Authorship: computer program.
                     DevWerx, Inc. (author of anonymous contribution), employer
                         for hire; Domicile: United States. Authorship: computer
                         program.

Names:               Analyze Software, Inc.
                     DevWerx, Inc.
```

===============================================================================

EXHIBIT A-1

EXHIBIT B

cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi

```
Type of Work:          Computer File

Registration Number / Date:
                       TXu001842962 / 2012-12-19

Application Title: AnalyzeSoft CMS.

Title:                 AnalyzeSoft CMS.

Description:           Electronic file (eService)

Copyright Claimant:
                       Analyze Software, Inc., Transfer: By written agreement.

Date of Creation:  2012

Authorship on Application:
                       Analyze Software, Inc., employer for hire; Domicile: United
                           States. Authorship: computer program.
                       DevWerx, Inc. (author of anonymous contribution), employer
                           for hire; Domicile: United States. Authorship: computer
                           program.

Names:                 Analyze Software, Inc.
                       DevWerx, Inc.
```

======================================================================

EXHIBIT B-1

# EXHIBIT C

```
Type of Work:         Computer File

Registration Number / Date:
                      TXu001842964 / 2012-12-19

Application Title: AnalyzeSoft E-Commerce.

Title:                AnalyzeSoft E-Commerce.

Description:          Electronic file (eService)

Copyright Claimant:
                      Analyze Software, Inc., Transfer: By written agreement.

Date of Creation:    2012

Authorship on Application:
                      Analyze Software, Inc., employer for hire; Domicile: United
                         States. Authorship: computer program.
                      DevWerx, Inc. (author of anonymous contribution), employer
                         for hire; Domicile: United States. Authorship: computer
                         program.

Names:               Analyze Software, Inc.
                      DevWerx, Inc.
```

================================================================================

EXHIBIT C-1

EXHIBIT D

UNITED STATES COPYRIGHT OFFICE
# Form CO · Application for Copyright Registration

## APPLICATION FOR COPYRIGHT REGISTRATION                TX

* Designates Required Fields

## 1 WORK BEING REGISTERED

**1a.** * Type of work being registered *(Fill in one only)*

☒ Literary work          ☐ Performing arts work

☐ Visual arts work       ☐ Motion picture/audiovisual work

☐ Sound recording        ☐ Single serial issue

**1b.** * Title of this work *(one title per space)*

AnalyzeSoft CRM

**1c.** For a serial issue:   Volume [ ]   Number [ ]   Issue [ ]   ISSN [ ]

Frequency of publication: [ ]

**1d.** Previous or alternative title

**1e.** * Year of completion  2 0 1 2

**Publication** *(If this work has not been published, skip to section 2)*

**1f.** Date of publication [ ] *(mm/dd/yyyy)*   **1g.** ISBN [ ]

**1h.** Nation of publication   ☐ United States   ☐ Other

**1i.** Published as a contribution in a larger work entitled

**1j.** If line 1i above names a serial issue   Volume [ ]   Number [ ]   Issue [ ]

**1k.** If work was preregistered   Number PRE- [ ][ ][ ][ ][ ][ ][ ][ ]

**For Office Use Only**

Privacy Act Notice
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

EXHIBIT D-1          Page 1 of 9

**UNITED STATES COPYRIGHT OFFICE**

# Form CO · Application for Copyright Registration

## 2 AUTHOR INFORMATION

**2a.** Personal name    *complete either 2a or 2b*

First Name _____    Middle _____    Last _____

**2b.** Organization name  Analyze Software, Inc.

**2c.** Doing business as _____

**2d.** Year of birth _____    **2e.** Year of death _____

**2f. ***  ☐ Citizenship    ☐ United States    ☐ Other
          ☒ Domicile    ☒ United States    ☐ Other

**2g.** Author's contribution:  ☒ Made for hire    ☐ Anonymous
                                ☐ Pseudonymous

### Continuation of Author Information

**2h. *** This author created  (Fill in only the authorship that applies to this author)

☐ Text                  ☐ Compilation          ☐ Map/technical drawing    ☐ Music
☐ Poetry                ☐ Sculpture            ☐ Architectural work       ☐ Lyrics
☒ Computer program      ☐ Jewelry design       ☐ Photography              ☐ Motion picture/audiovisual
☐ Editing               ☐ 2-dimensional artwork ☐ Script/play/screenplay  ☐ Sound recording/performance

Other: _____

**For Office Use Only**

AuthorInformation

## 2 AUTHOR INFORMATION  - Entry Number 2

**2a.** Personal name    *complete either 2a or 2b*

First Name _____    Middle _____    Last _____

**2b.** Organization name  TekPlanet Software LLC

**2c.** Doing business as _____

**2d.** Year of birth _____    **2e.** Year of death _____

**2f. ***  ☐ Citizenship    ☐ United States    ☐ Other

Privacy Act Notice
Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

UNITED STATES COPYRIGHT OFFICE

# Form CO · Application for Copyright Registration

☒ Domicile   ☒ United States   ☐ Other

**2g**. Author's contribution:   ☒ Made for hire   ☒ Anonymous
☐ Pseudonymous

## Continuation of Author Information

**2h.** * This author created (*Fill in only the authorship that applies to this author*)

| | | | |
|---|---|---|---|
| ☐ Text | ☐ Compilation | ☐ Map/technical drawing | ☐ Music |
| ☐ Poetry | ☐ Sculpture | ☐ Architectural work | ☐ Lyrics |
| ☒ Computer program | ☐ Jewelry design | ☐ Photography | ☐ Motion picture/audiovisual |
| ☐ Editing | ☐ 2-dimensional artwork | ☐ Script/play/screenplay | ☐ Sound recording/performance |

Other: _____

**For Office Use Only**

AuthorInformation

Privacy Act Notice
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

EXHIBIT D-3

UNITED STATES COPYRIGHT OFFICE

# Form CO · Application for Copyright Registration

## 3 COPYRIGHT CLAIMANT INFORMATION

**Claimant** · *complete either 3a or 3b* - If you do not know the address for a claimant, enter "not known" in the Street address and City fields. You must give the address for at least one claimant.

**3a.** Personal name

| First Name | Middle | Last |
|---|---|---|
|  |  |  |

**3b.** Organization name

Analyze Software, Inc.

**3c.** Doing business as



**3d.** Street address *

16516 Bernardo Center Drive

Street address (line 2)

Suite 320

| City * | State | ZIP / Postal code | Country |
|---|---|---|---|
| San Diego | CA | 92128 | United States |

Email



Phone number



**3e.** If claimant is **not** an author, copyright ownership acquired by: ☒ Written agreement ☐ Will or inheritance ☐ Other

**For Office Use Only**

CopyrightClaimantInformation

Privacy Act Notice
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

EXHIBIT D-4

UNITED STATES COPYRIGHT OFFICE

# Form CO · Application for Copyright Registration

## 4 LIMITATION OF COPYRIGHT CLAIM

**Skip section 4 if this work is all new.**

**4a.** Material excluded from this claim *(Material previously registered, previously published, or not owned by this claimant)*

☐ Text  ☐ Artwork  ☐ Music  ☐ Sound recording/performance  ☐ Motion picture/audiovisual

Other: [                                                                                    ]

**4b.** Previous registration(s)  Number [                    ] Year [    ][    ][    ][    ]

Number [                    ] Year [    ][    ][    ][    ]

**4c.** New material included in this claim *(This work contains new, additional, or revised material)*

☐ Text                    ☐ Compilation            ☐ Map/technical drawing      ☐ Music
☐ Poetry                  ☐ Sculpture              ☐ Architectural work         ☐ Lyrics
☐ Computer program        ☐ Jewelry design         ☐ Photography                ☐ Motion picture/audiovisual
☐ Editing                 ☐ 2-dimensional artwork   ☐ Script/play/screenplay     ☐ Sound recording/performance

Other: [                                                                                    ]

**For Office Use Only**

LimitationOfCopyrightClaim

Privacy Act Notice
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

UNITED STATES COPYRIGHT OFFICE

# Form CO · Application for Copyright Registration

## 5 RIGHTS AND PERMISSIONS CONTACT

☐ Check if information below should be copied from the **first** copyright claimant

First Name

Middle

Last

Name of organization

Street address

Street address (line 2)

City

State

ZIP / Postal code

Country

Email

Phone number

**For Office Use Only**

RightsAndPermissionsContact

Privacy Act Notice
Sections 408–410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

UNITED STATES COPYRIGHT OFFICE

# Form CO · Application for Copyright Registration

## 6 CORRESPONDENCE CONTACT

☐ Copy from **first** copyright claimant   ☐ Copy from rights and permissions contact

First name *
David

Middle
C.

Last *
Marty

Name of organization
Fenwick & West LLP

Street address *
555 California Street

Street address (line 2)

City *
San Francisco

State
CA

ZIP / Postal code
94041

Country
United States

Email *
copyrightregistrations@fenwick.com

Daytime phone number
(415) 875-2334

**For Office Use Only**

CorrespondenceContact

Privacy Act Notice
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

EXHIBIT D-7   Page 7 of 9

**Form CO · Application for Copyright Registration**

# 7 MAIL CERTIFICATE TO:

**\* Complete either 7a, 7b, or both**

☐ Copy from **first** copyright claimant    ☐ Copy from rights and permissions contact    ☐ Copy from correspondence contact

7a. First Name
| Susanne |

Middle
| S. |

Last
| Morales |

7b. Name of organization
| Fenwick & West LLP |

7c. Street address *
| 801 California Street |

Street address (line 2)
| |

City *
| Mountain View |

State
| CA |

ZIP / Postal code
| 94041 |

Country
| United States |

**For Office Use Only**

MailCertificateTo

Privacy Act Notice
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

EXHIBIT D-8    Page 8 of 9

# Form CO · Application for Copyright Registration

## 8 CERTIFICATION

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

I certify that I am the author, copyright claimant, or owner of exclusive rights, or the authorized agent of the author, copyright claimant, or owner of exclusive rights, of this work, and that the information given in this application is correct to the best of my knowledge.



**8a.** Handwritten signature

Trent Gardner, Partner, Analyze Software, Inc.

**8b.** Printed name

**8c.** Date signed

**8d.** Deposit account number | Account holder
93235 | Fenwick & West LLP

**8e.** Applicant's internal tracking number (optional)
29706-80

### For Office Use Only

Certification

### What are these barcodes for?

The Adobe® LiveCycle® Barcoded Forms bar-codes provide a facility to automate the extraction of data from paper forms and deliver it to core systems for processing. This dramatically reduces costs, **errors,** and time compared to manual data entry and solutions based on optical character recognition (OCR).

Privacy Act Notice
Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. § 705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

EXHIBIT D-9          Page 9 of 9

EXHIBIT E

## FENWICK & WEST LLP

SILICON VALLEY CENTER   801 CALIFORNIA STREET   MOUNTAIN VIEW, CA 94041
TEL 650.988.8500   FAX 650.938.5200   WWW.FENWICK.COM

August 7, 2012

JAKE HANDY

EMAIL JHANDY@FENWICK.COM
Direct Dial (415) 875-2449

**VIA REGISTERED MAIL**

Todd Nelson
Chief Executive Officer
MP Biomedicals LLC
3 Hutton Centre Drive
Suite 100
Santa Ana, CA  92707

Re:   **MP Biomedicals-AnalyzeSoft SOW**

Dear Mr. Nelson:

Fenwick & West LLP represents AnalyzeSoft, Inc. ("AnalyzeSoft"). Please direct all future communications relating to the issues raised by this correspondence to me.

I write to address the wrongful efforts by MP Biomedicals, LLC ("MP") to avoid payment of fees earned by and owed to AnalyzeSoft in connection with the Statement of Work titled eBusiness Solution North American Launch (the "SOW").

Although the SOW does not provide for unilateral termination of the SOW, MP informed AnalyzeSoft that it was unilaterally terminating the SOW and further claimed that AnalyzeSoft had not completed the development described in the SOW. Prior to the attempted termination of the SOW by MP, AnalyzeSoft had spent considerable time working in good faith to complete the SOW's scope, correct any remaining bugs and errors in the underlying software and to deliver software to the scope defined by MP.

None of MP's communications to date have explained or justified MP's apparent position that it is somehow entitled to terminate the SOW and also terminate its obligation to pay the remaining amount of $118,975 for the development of the software described in the SOW.

While AnalyzeSoft believes MP did not have the right to unilaterally terminate the SOW, AnalyzeSoft is willing to accept a compromise fee of $95,180 which represents 80% percent of the fees owed to AnalyzeSoft and is consistent with the level of completion of the software at the time of MP's unilateral termination.

EXHIBIT E-1

Todd Nelson, CEO
MP Biomedicals
August 7, 2012
Page 2

Please respond to the above analysis and explain in detail MP's position within ten (10) days of this letter, so that AnalyzeSoft may properly evaluate the situation, including whether AnalyzeSoft will need to seek judicial relief to preserve and protect its rights under the SOW. We look forward to MP's response.

Please note also that this letter is not intended to constitute a full statement of all facts, rights or claims relating to this matter, nor is it intended, nor should it be construed as, a waiver, release, or relinquishment of any rights or remedies available to AnalzyeSoft whether legal or equitable, all of which are hereby expressly reserved.

Sincerely,

FENWICK & WEST LLP

Jake Handy

JVH/rvdr

EXHIBIT E-2

EXHIBIT F

**FENWICK & WEST LLP**

555 CALIFORNIA STREET, 12TH FLOOR   SAN FRANCISCO, CA 94104
TEL 415.875.2300   FAX 415.281.1350   WWW.FENWICK.COM

January 7, 2013

ANDREW P. BRIDGES

Direct Dial (415) 875-2389

**VIA FEDERAL EXPRESS**

Mr. Milan Panic
Chairman and CEO
MP Biomedicals LLC
3 Hutton Centre Drive, Suite 100
Santa Ana, CA 92707

Re:   Analyze Software, Inc./MP Biomedicals

Dear Mr. Panic:

I write to follow up on the letter to Todd Nelson from my partner Jake Handy of August 7, 2012, regarding MP Biomedicals LLC's actions and liability with respect to the work AnalzyeSoft performed in developing several software programs for MP Biomedicals' eBusiness Solution. I attach a copy of that letter. Your company has ignored it.

AnalyzeSoft maintains and reiterates its claims for compensation for the work it performed based on the SOW. Given your company's improper and unilateral termination of the work that AnalyzeSoft was furnishing to MP Biomedicals, and MP Biomedicals' failure to pay for AnalyzeSoft's services, AnalyzeSoft also demands that MP Biomedicals return all materials that AnalyzeSoft delivered to MP Biomedicals during the course of the work. This includes all software (on whatever medium), documentation, and other proprietary information that MP Biomedicals received from AnalyzeSoft.

I write also regarding another aspect of the dispute. MP Biomedicals appears to be using, in connection with its online platform, three software programs that AnalyzeSoft developed and for which AnalyzeSoft owns the copyright. The works at issue are AnalyzeSoft E-Commerce, AnalyzeSoft CMS, and AnalyzeSoft Search.  AnalyzeSoft has duly filed applications for copyright registration of these works, and it expects registrations to follow in due course.

MP Biomedicals has no authority or permission to exploit the copyrighted software that AnalyzeSoft developed or to retain AnalyzeSoft's property that AnalyzeSoft furnished to MP Biomedicals during the course of the work.  MP Biomedicals' use of AnalyzeSoft's software infringes upon AnalyzeSoft's copyrights.

EXHIBIT F-1

Mr. Milan Panic
January 7, 2013
Page 2

In addition, it appears that MP Biomedicals claims copyright on every aspect and interface of its eCommerce website with the persistent copyright notice "Copyright 2012 MP Biomedicals, LLC. All Rights Reserved." Because many of the aspects of MP Biomedicals' eBusiness platform involve AnalyzeSoft's copyrighted works, and given that MP Biomedicals has repudiated AnalyzeSoft's contribution to the platform, MP Biomedicals appears to be providing copyright management information (in the form of that copyright notice) that is knowingly false and intended to conceal MP Biomedicals' infringement of AnalyzeSoft's copyrights. Each instance of false copyright management information violates 17 U.S.C. § 1202.

Accordingly, in addition to its earlier demands and claims, AnalyzeSoft demands that MP Biomedicals **immediately** cease all use and exploitation of AnalyzeSoft's copyrighted works, including any reproduction of the works, preparation of derivative works, distribution of copies, public display, and public performance. MP Biomedicals must also **immediately** cease all exploitation of software derived from AnalyzeSoft's copyrighted works; delete from all active servers, computer hard drives, and other active storage media all software and other materials that AnalyzeSoft furnished or that are based upon materials that AnalyzeSoft furnished; and ensure that MP Biomedicals maintains only an **inactive** archive, for forensic purposes, of all such materials. By "active" storage media we mean storage media that are connected to any system, device, or network that may access the contents of the media. Any further use or exploitation of AnalyzeSoft's copyrighted works, or of derivative works based on AnalyzeSoft's works, will constitute further willful infringement of AnalyzeSoft's copyrights. And any further use of false copyright management information to conceal MP Biomedicals' infringement of AnalyzeSoft's copyrights may exacerbate MP Biomedicals' § 1202 violation.

Moreover, AnalyzeSoft believes—based on MP Biomedicals' statements, representations, and conduct before, during, and after AnalyzeSoft's performance of the work—that MP Biomedicals had a malicious intent to secure valuable work and deliverables from AnalyzeSoft without MP Biomedicals' having an intent to pay fully for the work. The entire context suggests that MP Biomedicals plotted to get all the valuable work and software essentially for free, and that it tricked AnalyzeSoft into committing personnel and management to a project for which MP Biomedicals never intended to pay. No shortcomings in the work by AnalyzeSoft and no economic squeeze on MP Biomedicals' business affairs justify the nonpayment. When a company like MP Biomedicals behaves in this fashion, it constitutes fraud. AnalyzeSoft is therefore entitled in such circumstances to recover the full value of its losses in connection with the fraud, which can include the value of the work it performed and other losses. Moreover, in the case of malicious, oppressive, and fraudulent conduct like that of MP Biomedicals, a plaintiff may recover punitive or "exemplary" damages up to ten times its actual damages. For that reason, the compromise that AnalyzeSoft suggested in Jake Handy's letter is no longer on the table. A multiple of the previous sum must be the starting point for a discussion.

EXHIBIT F-2

Mr. Milan Panic
January 7, 2013
Page 3

In light of the dispute over the termination of work and MP Biomedicals' copyright violations, MP Biomedicals (together with its officers, employees, and agents) now has a strict obligation to retain and maintain all documents and information that pertain to the dispute; the work of AnalyzeSoft; the relationship with AnalyzeSoft; the termination of the work; the maintenance, dissemination, and use of all materials from AnalyzeSoft; payments and financial claims relating to AnalyzeSoft; and the obtaining of work or materials to replace work or materials that AnalyzeSoft furnished or was to furnish. The protocols of retention and maintenance of documents or information apply to both physical and electronic documents and electronically stored information in the possession, custody, or control of MP Biomedicals. This includes, by example and not as a limitation, all e-mail messages, draft documents, instant message logs, text messages, and voice mail messages.

Please confirm within five business days of this letter that MP Biomedicals has ceased all exploitation of AnalyzeSoft's copyrighted works and of any works based on AnalyzeSoft's copyrighted works. At that time please also provide a full and detailed account for all uses of, and modifications of, AnalyzeSoft's code by or on behalf of your company to date. Please deliver to me within ten business days all the materials I have requested and confirm that MP Biomedicals has eliminated all materials from AnalyzeSoft, and materials derived from AnalyzeSoft's materials, from its active storage media. AnalyzeSoft will also entertain a proposal by MP Biomedical to remedy the fraud and other harms that MP Biomedicals caused.

AnalyzeSoft will take into account the promptness, completeness, candor, and assurances of MP Biomedicals' response in determining an appropriate resolution of this serious matter.

I look forward to your prompt response.

Very truly yours,

FENWICK & WEST LLP

Andrew P. Bridges /DCM

Andrew P. Bridges

APB:rfp

EXHIBIT F-3

EXHIBIT G



| MP Biomedicals, LLC | 3 Hutton Centre Drive, Suite 100 | Tel: | 949.833.2500 x 2222 |
|---|---|---|---|
| ~~Consulting and Purification~~ | Santa Ana, CA 92707 | Fax: | 949.859.5989 |
| Yasin Al-Sayyad | | E-mail: | yasin@mpbio.com |
| | | Web: | www.mpbio.com |

VIA FEDERAL EXPRESS (track: 794501390915)                       January 11, 2013

Andrew P. Bridges
FENWICK & WEST LLP
555 California St, 12th Floor
San Francisco, CA 94104

      Re:     Analyzesoft Software, Inc./MP Biomedicals

Dear Mr. Bridges,

This letter is in response to your request dated January 7, 2013 to Mr. Panic of MP Biomedicals. However, I am writing on behalf of MP Biomedicals, LLC. We apologize for not responding to your previous request. The previous letter appears to have not been forwarded to the appropriate person with the departure of Todd Nelson when we would have received it.

MP Biomedicals does not, and has not used Analyzesoft's software in the release of its "new" website which the public was able to see and use as of September. Between the end of Analyzesoft and MP Biomedicals professional relationship, MP Biomedicals spent considerable monies and efforts to make up for incomplete work left by Analyzesoft. The copyright we claim is based on our work that we have sole ownership over. Furthermore, we have paid $380,568.00 to your client for the services they rendered for us.

Analyzesoft insists the work they were doing for MP Biomedicals was based upon an hourly rate. Assuming this was true, asking for work completed for MP Biomedicals under the consultation of Analyzesoft to be returned allows us to request return of the monies that were traded for the services. MP Biomedicals will make this request if Analyzesoft wishes to continue taking this matter to the courts. Furthermore, we will seek compensation for damages due to continuous delays in the completion of the projects initially commenced between the parties, where Analyzesoft misrepresented the amount of time and effort necessary for its completion.

We regret that Analyzesoft has resorted to the misuse of the legal system to manipulate money from its former customer. Nonetheless, MP Biomedicals will continue to operate a professional business that follows all laws, including those that protect us from extortion.

MP Biomedicals will still honor its offer of $23,692.50 in good faith, without assumption of any wrongdoing.

We look forward to your prompt response.

                         Sincerely,

                         Yasin Al-Sayyad

EXHIBIT G-1

# EXHIBIT H

**FENWICK & WEST LLP**

555 CALIFORNIA STREET, 12TH FLOOR   SAN FRANCISCO, CA 94104

TEL 415.875.2300   FAX 415.281.1350   WWW.FENWICK.COM

February 5, 2013

ANDREW P. BRIDGES

Direct Dial (415) 875-2389

**VIA E-MAIL [yasin@mpbio.com]**

Mr. Yasin Al-Sayyad
MP Biomedicals LLC
3 Hutton Centre Drive, Suite 100
Santa Ana, CA 92707

      Re:   <u>Analyze Software, Inc./MP Biomedicals</u>

Dear Mr. Al-Sayyad:

      Thank you for your letter of January 11, which arrived during an extended series of absences from my office.  Your statement was unclear:  are you saying that MP Biomedicals completely jettisoned Analyzesoft's code and started all over again, or did it hire someone else to adapt Analyzesoft's code and finalize it for the web site?  And, if the latter, what precisely did MP Biomedicals (or a successor software developer) do to adapt and finalize Analyzesoft's work in order to operate your web site?  Your answers to this will allow me to advise Analyzesoft appropriately.  Many thanks.

                     Very truly yours,

                     FENWICK & WEST LLP

                     Andrew P. Bridges

APB:rfp

EXHIBIT H-1

# EXHIBIT I



**MP Biomedicals, LLC**
Executive and Administration
Yasin Al-Sayyad

3 Hutton Centre Drive, Suite 100
Santa Ana, CA 92707

| | |
|---|---|
| **Tel:** | 949.833.2500 x 2222 |
| **Fax:** | 949.859.5989 |
| **E-mail:** | yasin@mpbio.com |
| **Web:** | www.mpbio.com |

**VIA E-MAIL** [to: abridges@fenwick.com, cc: dmarty@fenwick.com]          February 13, 2013

Andrew P. Bridges
FENWICK & WEST LLP
555 California St, 12th Floor
San Francisco, CA 94104

   Re:   <u>Analyzesoft Software, Inc./MP Biomedicals</u>

Dear Mr. Bridges,

We made an attempt to utilize and continue programming on our environment. The authors of the custom code in our environment came from one of two sources at the end of the services rendered by Analyzesoft. They were either created by contractors or employees of Analyzsoft, or from our internal resources. After an assessment of the work completed, how close their project matched our ultimate and overall vision, and with a very limited new timeline required by our business, we opted to modify the architecture of the environment. This decision made Analyzesoft's work obsolete after 2 months of attempting to "disconnect" from the Analyzesoft custom code. Therefore, by the time the website was exposed to the public, there was no code from Analyzesoft that was being used.

                    Sincerely,

                    Yasin Al-Sayyad

EXHIBIT I-1

# EXHIBIT J

**FENWICK & WEST LLP**

555 CALIFORNIA STREET, 12TH FLOOR   SAN FRANCISCO, CA 94104
TEL: 415.875.2300   FAX: 415.281.1350   WWW.FENWICK.COM

February 21, 2013

ANDREW P. BRIDGES

Direct Dial (415) 875-2389

**VIA E-MAIL [yasin@mpbio.com]**

Mr. Yasin Al-Sayyad
MP Biomedicals LLC
3 Hutton Centre Drive, Suite 100
Santa Ana, CA 92707

      Re:    <u>Analyze Software, Inc./MP Biomedicals</u>

Dear Mr. Al-Sayyad:

      Thank you for your letter of February 14. While certain statements in your letter are unclear, your response suggests that MP Biomedicals completely jettisoned the code that AnalyzeSoft created and that the code supporting the current public website (and the e-business platform generally) is entirely MP Bio's own creation. For a number of reasons, however, AnalyzeSoft does not believe that is true.

      First, AnalyzeSoft has identified and recorded numerous instances of code (presently supporting MP Bio's live website) that AnalyzeSoft developers wrote and to which AnalyzeSoft holds the copyright. I attach, by way of example, a short excerpt of such code. For your reference and context, AnalyzeSoft designed the enclosed excerpt in connection with the search facility in the top navigation bar that appears on various pages across MP Bio's website. The code is exactly as AnalyzeSoft originally wrote it. This particular excerpt happens to be publicly viewable on the MP Bio website, and one could therefore easily obtain it by simply viewing the source code for the page. Based on this publicly available sample of information that contradicts your assertion, AnalyzeSoft suspects that most of the *non*-public code underlying the MP Bio e-business platform is also AnalyzeSoft's code or has its foundation in AnalyzeSoft's code. U.S. copyright law is clear that copyright in these circumstances belongs to AnalyzeSoft. MP Bio did not receive any copyright rights either by making (partial) payment to AnalyzeSoft or by receiving the code. AnalyzeSoft has never assigned the copyright in the code to MP Bio, and AnalyzeSoft considers its copyright rights to be valuable.

      Second, it is incredible that MP Bio could have created, independently and from scratch, software to replace AnalyzeSoft's code completely during the period of approximately three months between MP Bio's unilateral termination of the AnalyzeSoft contract and MP Bio's launching of its e-business platform. AnalyzeSoft employed a team of 8 to 10 experienced developers over a 12 month period to design and create the software that it delivered to MP Bio. That team also included two Microsoft MVP engineers with special expertise in the SharePoint and the FAST Enterprise Search platforms – both Microsoft application platforms that underpin

Mr. Yasin Al-Sayyad
February 21. 2013
Page 2

the e-business platform.  No reasonably sized team of talented developers could have recreated this work, in the time that MP Bio claims to have done so, without heavy reliance on or use of the code that AnalyzeSoft provided.

Third, some of the individuals whom MP Bio retained to complete the system (after terminating the agreement with AnalyzeSoft) took the liberty of communicating with the AnalyzeSoft developers who wrote the code that AnalyzeSoft provided to MP Bio.  I attach one e-mail message from Jerry Zhou (an MP Bio contractor) to Josh Anderson of AnalyzeSoft. Mr. Zhou observed that the AnalyzeSoft team appears to have done a "fantastic job" with the code thus far and expressed his concern about the "tight schedule" that MP Bio had given him for getting the system live.  Mr. Zhou notably does not mention any efforts to jettison or recreate work that AnalyzeSoft provided for MP Bio.  Nor does he mention the team of engineers that would have been required to even attempt such a feat.

There is very little room to draw any conclusion from these facts other than the conclusion that AnalyzeSoft has drawn: namely, that MP Bio not only remains in breach of its agreement but also is committing willful copyright infringement for which it faces significant liability.  AnalyzeSoft therefore renews the demand that MP Bio immediately cease all use and exploitation of AnalyzeSoft's copyrighted works until the companies reach a satisfactory resolution of this dispute.

I encourage you to review my letter of January 7 carefully in light of the issues that I have raised here.  I also encourage you to inquire more closely into how MP Bio developed its e-business platform in the months following the termination of its agreement with AnalyzeSoft, recognizing that all source code that AnalyzeSoft developed from May 2011 to May 2012 enjoys copyright protection against reproduction, preparation of derivative works, or public display by MP Bio.

AnalyzeSoft remains open to an amicable resolution of this dispute.  AnalyzeSoft believes that, upon careful consideration of this letter and the facts surrounding MP Bio's use of AnalyzeSoft's code, you will discern that it is in MP Bio's interest to reach a prompt amicable resolution.  AnalyzeSoft offers MP Bio two options:

1. If MP Bio is willing to recognize that it is relying upon and using AnalyzeSoft's source code as a foundation for MP Bio's e-business platform, the parties will meet to discuss a fair settlement that involves payment to AnalyzeSoft and the assignment of copyright.

2. If MP Bio still denies that it has relied upon or uses AnalyzeSoft's source code as a basis for MP Bio's e-business platform, the parties will agree jointly to hire a neutral forensic expert to examine and compare the current repository of source code related to MP Bio's e-business platform and the source code maintained in AnalyzeSoft's repository.  If the neutral forensic expert finds no use by MP Bio of AnalyzeSoft's code, AnalyzeSoft will bear the expense of the expert.  If the expert finds use by MP Bio of AnalyzeSoft's code, MP Bio will bear the expense of the expert.  The parties may resolve the matter in accordance with the results of the expert's analysis.

Mr. Yasin Al-Sayyad
February 21. 2013
Page 3


Please let us know which option MP Bio prefers.  I look forward to your response by February 28.


Very truly yours,

FENWICK & WEST LLP

Andrew P. Bridges

APB:rfp
Enclosures

EXHIBIT J-3

```
using System;
using Microsoft.SharePoint.WebControls;
using System.Web;
using System.Text;
using MPBio.FastSearch.QueryManager;

namespace MPBio.FastSearch.Layouts.MPBio.FastSearch
{
    public partial class SearchSuggestions : UnsecuredLayoutsPageBase
    {
        protected override bool AllowAnonymousAccess
        {
            get
            {
                return true;
            }
        }

        protected void Page_Load(object sender, EventArgs e)
        {
            Response.ClearHeaders();
            Response.ClearContent();
            Response.Clear();

            // Do not cache response
            Response.Cache.SetCacheability(HttpCacheability.NoCache);

            // Set the content type and encoding for JSON
            Response.ContentType = "application/json";
            Response.ContentEncoding = Encoding.UTF8;

            string search = Request["search"];

            Response.Write(QuerySuggestions.GetJsonSuggestions(search));


            // Response.Write(results);

            // Flush the response buffer
            Response.Flush();

            // Complete the request.  NOTE: Do not use Response.End() here,
            // because it throws a ThreadAbortException, which cannot be caught!
            HttpContext.Current.ApplicationInstance.CompleteRequest();

        }
    }
}
```

EXHIBIT J-4

From: "Jerry Zhou via LinkedIn" <member@linkedin.com>
Date: Jul 27, 2012 9:23 PM
Subject: MPBio
To: "Josh Anderson" <josh@joshanderson.com>

# LinkedIn

**Jerry Zhou** has sent you a message.

**Date:** 7/28/2012

**Subject:** MPBio

Hi Josh,

I got your name from the SharePoint system. I am not sure if it is correct.

It seems to me your guys have done a fantastic job. Just want to say hey to you. This is a short contract for me. I just started two weeks ago. MP Bio wanted some thing to go live in a month, a pretty tight schedule for me. The sudden leave of the project team to me is quite unreasonable. I don't really know what kind of political story might happen in the project.

Anyway keep in touch !

Best Regards,
Jerry

<u>View/reply to this message</u>

EXHIBIT J-5

EXHIBIT K



**FENWICK & WEST LLP**

555 CALIFORNIA STREET, 12TH FLOOR   SAN FRANCISCO, CA 94104
TEL: 415.875.2300   FAX: 415.281.1350   WWW.FENWICK.COM

ANDREW P. BRIDGES

April 17, 2013

abridges@fenwick.com
Direct Dial (415) 875-2389

**VIA E-MAIL [yasin@mpbio.com]**

Mr. Yasin Al-Sayyad
MP Biomedicals LLC
3 Hutton Centre Drive, Suite 100
Santa Ana, CA 92707

   Re: <u>Analyze Software, Inc./MP Biomedicals</u>

Dear Mr. Al-Sayyad:

   You did not respond to my February 21 letter, which called for a response by February 28, 2013

   Based upon your previous answers, upon its own evaluation of your company's publicly available code and a lack of a code assignment or licensing of AnalyzeSoft's copyrighted works, AnalyzeSoft has concluded that your company has infringed and continues to infringe upon AnalyzeSoft's copyrights and that MP Biomedicals is lying concerning the non-use of its copyrighted codebase or derivative works built off its copyrighted codebase, all in an effort to deny its infringements.  Specifically, MP Biomedicals is violating the copyrights that AnalyzeSoft owns in *AnalyzeSoft CMS*, reg. TXu 1-842-962; *AnalyzeSoft Search*, reg. TXu 1-842-965; and *AnalyzeSoft E-Commerce*, reg. TXu 1-842-964.  Copyright registrations give federal courts jurisdiction to adjudicate infringement lawsuits, which may lead to substantial damages, injunctions, and destruction of infringing materials.  You should also know that willful copyright infringement for commercial advantage or private financial gain is a federal crime under 17 U.S.C. section 506(a)(1)(A).  Again, your previous answers, evaluation of your company's publicly available code and the fact that no code assignment or licensing of AnalyzeSoft's copyrighted works exist, show MP Biomedicals has engaged in "willful infringement" of AnalyzeSoft's copyrights.

   Because your company has failed to respond to the procedural options that AnalyzeSoft outlined in my previous letter, **AnalyzeSoft now demands that your company immediately halt all further use of code AnalyzeSoft furnished or that your company has adapted (or caused to be adapted) from AnalyzeSoft's code.  This is the end of the road.  Further exploitation of AnalyzeSoft's copyrighted code, or of the code based upon AnalyzeSoft's code, will only further demonstrate the willfulness of you company's infringements.  Your company's only other option is to come to a satisfactory agreement with AnalyzeSoft for a license or assignment of AnalyzeSoft's copyrighted codebase.**

EXHIBIT K-1

Mr. Yasin Al-Sayyad
April 17, 2013
Page 2

Pending the conclusion of the dispute, your company should take all steps to preserve all information and evidence in its possession, custody, or control that relate to AnalyzeSoft's code, your company's use of AnalyzeSoft's code, your company's efforts to replace or supersede AnalyzeSoft's code, and all activities of any person in creating the functions and appearance of your e-commerce platform, including information and evidence in electronic form such as software code, development tools, logs (including development logs, bug logs, IM logs, and chat logs), bug tracking systems, reports, files, documents, charts, notes, spreadsheets, plans, communications (including all email messages and attachments, Wikis, SMS and MMS text messages, and voice mail recordings), employment records, and contracts. This includes information and evidence on your company's premises and equipment and that your company's employees or consultants may have on their personal equipment and on their own property, as well as cloud-based or other outsourced or remote services or facilities. Disposition of any relevant information or evidence, or other failure to maintain it, can lead to serious penalties.

Very truly yours,

FENWICK & WEST LLP

*Andrew P. Bridges*

Andrew P. Bridges

APB:rfp
Enclosures

EXHIBIT K-2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Andrew Guilford and the assigned discovery Magistrate Judge is Jean P. Rosenbluth.

The case number on all documents filed with the Court should read as follows:

## SACV13- 944 AG (JPRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[_] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[_] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[_] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California  ▼

| | |
|---|---|
| ANALYZE SOFTWARE, INC., a California corporation,<br><br>*Plaintiff(s)*<br><br>v.<br><br>MP BIOMEDICALS, LLC, a California limited liability company,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

**SACV 13 - 00944 AG (JPRx)**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MP Biomedicals, LLP
3 Hutton Centre Drive
Santa Ana, CA 92707

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kent M. Walker
LEWIS KOHN & FITZWILLIAM, LLP
10935 Vista Sorrento Parkway, Suite 370
San Diego, CA 92130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 6/21/2013

Denise **DENISE VO**

*Signature of Clerk or Deputy Clerk*

1225

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____                    _____

                                            *Server's signature*


                                            _____

                                            *Printed name and title*


                                            _____

                                            *Server's address*


Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

ANALYZE SOFTWARE, INC., a California corporation

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

MP BIOMEDICALS, LLC, a California limited liability company

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Kent M. Walker, Lewis Kohn & Fitzwilliam, LLP
10935 Vista Sorrento Parkway, Suite 370
San Diego, CA 92130
(858) 436-1330

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No    ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Infringement, 17 U.S.C. Section 101, et seq.

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☒ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY:  Case Number: **SACV 13 - 00944 AG (JPRx)**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES**: Has this action been previously filed in this court and dismissed, remanded or closed?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES**: Have any cases been previously filed in this court that are related to the present case?   ☒ NO   ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE**: (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | San Diego County |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

**\*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____   DATE: June 20, 2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |